IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, INC. and
MEMBERS LIFE INSURANCE COMPANY,

       Plaintiffs,                     JUDGMENT IN A CIVIL CASE

     v.                                  Case No. 12-cv-37-wmc

RBS SECURITIES, INC.,

       Defendant.
_____

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.
_____

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant RBS Securities, Inc. against plaintiffs CMFG Life Insurance Company, CUMIS Insurance Society, Inc. and Members Life Insurance Company dismissing this case.


     _____s/ A. Wiseman, Deputy Clerk_____      _____July 29, 2014_____
          Peter Oppeneer, Clerk of Court                             Date