# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, INC., and MEMBERS LIFE INSURANCE COMPANY, | Case No. 12-cv-00037<br>Hon. William M. Conley |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| RBS SECURITIES INC., | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, all plaintiffs—namely, CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company—hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's dismissal of the case in a Final Judgment dated July 29, 2014 (ECF No. 740), and from all interlocutory orders preceding that judgment, including but not limited to the Opinion and Order dated July 23, 2014 (ECF 736), and the Opinion and Order dated August 19, 2013 (ECF 245).

_/s/ David C. Frederick_

| | |
|---|---|
| Stephen M. Tillery | David C. Frederick |
| Greg G. Gutzler | Silvija A. Strikis |
| Steven M. Berezney | Scott K. Attaway |
| **Korein Tillery, LLC** | Caitlin S. Hall |
| 505 North 7th Street, Suite 3600 | Whitney C. Cloud |
| St. Louis, MO 63101 | **Kellogg, Huber, Hansen, Todd,** |
| (314) 241-4844 | **Evans & Figel, P.L.L.C.** |
| stillery@koreintillery.com | 1615 M St., N.W., Suite 400 |
| ggutzler@koreintillery.com | Washington, D.C. 20036 |
| sberezney@koreintillery.com | (202) 326-7900 |
| | dfrederick@khhte.com |
| George A. Zelcs | sstrikis@khhte.com |
| **Korein Tillery, LLC** | sattaway@khhte.com |
| 205 North Michigan, Suite 1950 | chall@khhte.com |
| Chicago, IL 60601 | wcloud@khhte.com |
| (312) 641-9750 | |
| gzelcs@koreintillery.com | |

August 27, 2014

_Counsel for Plaintiffs-Appellant_